# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SmithJr, Milan D. | Ninth Circuit | 05/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge-Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Court of Appeals
Suite 2325, 222 N Sepulveda Bl
El Segundo, California 90245

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Western Justice Center |
| 2. Director | Ninth Judicial Circuit Historical Society |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-employed, attorney |
| 2. | 2013 | Gogian Foundation-Trustee |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cardozo School of Law/BMI | 03/02/2013 to 03/03/2013 | New York, NY | Judge BMI/Cardozo Moot Court Finals | Transportation, Food, Hotel |
| 2. | Santa Clara School of Law | 04/04/2013 to 04/05/2013 | Santa Clara, CA | Judge Moot Court Final Competition | Transportation, Food, Hotel |
| 3. | Utah Chapter of Federal Bar Association | 09/20/2013 to 09/21/2013 | Park City, UT | Give Keynote speech to Tri-State Seminar of Federal Bar Association | Transportation, Food, Hotel |
| 4. | American Academy of Appellate Lawyers | 10/04/2013 to 10/05/2013 | San Diego, CA | Participate in panel of judges addressing Fall meeting of AAAL | Transportation, Food, Hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SmithJr, Milan D. | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric Co. | B | Dividend | L | T | Sold (part) | 07/24/13 | J | B | |
| 2. | | | | | Buy (add'l) | 09/24/13 | K | | |
| 3. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 4. Coca-Cola Company | | None | | | Sold | 07/24/13 | J | A | |
| 5. Intuitive Surgical Inc. | C | Distribution | K | T | Sold (part) | 07/16/13 | J | C | |
| 6. Kinder Morgan energy Partners LP Unit Ltd Partnership | C | Distribution | L | T | Sold (part) | 05/03/13 | J | A | |
| 7. | | | | | Sold (part) | 07/24/13 | J | C | |
| 8. American Tower Corp CL A | A | Dividend | K | T | Sold (part) | 05/02/13 | J | B | |
| 9. | | | | | Sold (part) | 07/24/13 | J | B | |
| 10. Devon Energy Corp New | A | Dividend | K | T | Buy (add'l) | 02/07/13 | J | | |
| 11. | | | | | Sold (part) | 02/07/13 | J | A | |
| 12. | | | | | Sold (part) | 07/24/13 | J | A | |
| 13. Pepsico Incorporated | B | Dividend | K | T | Sold (part) | 05/01/13 | J | A | |
| 14. | | | | | Sold (part) | 07/24/13 | J | B | |
| 15. Canadian Natl Ry Co. | A | Dividend | K | T | Sold (part) | 07/24/13 | J | C | |
| 16. Aetna Life Policy MetLife | A | Dividend | J | T | | | | | |
| 17. Quanta SVCS Inc | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dow Chemical Company 5.3000 3/15/13 | A | Interest | | | Sold | 03/15/13 | J | A | |
| 19. Goldman Sachs 5.250 10/15/13 | A | Interest | | | Sold | 10/15/13 | J | A | |
| 20. New York Tel Co. 7.000 6/15/13 | A | Interest | | | Sold | 06/15/13 | J | A | |
| 21. Oneok Inc New | B | Dividend | K | T | Sold (part) | 08/16/13 | J | B | |
| 22. Century Tel., Inc. Cpn 5.000% Due 2/15/15 | A | Interest | J | T | | | | | |
| 23. Dean Witter Discover Odd Cpn Med Term Notes 7.07% 2/10/14 | A | Interest | J | T | | | | | |
| 24. Boeing Co. Global Notes Cpn 5.125% Due 2/15/13 | A | Interest | | | Sold | 02/15/13 | J | A | |
| 25. Marriott Int Inc Class A | | None | | | Sold | 07/24/13 | J | A | |
| 26. Money Mkt Oblig Trust Auto Cash Mgmt | A | Dividend | N | T | | | | | |
| 27. American Capital Agency Corp | D | Dividend | K | T | Buy (add'l) | 02/07/13 | J | | |
| 28. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 29. | | | | | Sold (part) | 05/28/13 | J | A | |
| 30. | | | | | Sold (part) | 06/25/13 | J | A | |
| 31. | | | | | Sold (part) | 06/28/13 | J | A | |
| 32. | | | | | Sold (part) | 07/08/13 | K | D | |
| 33. Williams Partners LP Com Unit Ltd Part Int | C | Distribution | K | T | Buy (add'l) | 05/01/13 | J | | |
| 34. | | | | | Sold (part) | 05/01/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | B | Dividend | N | T | Buy (add'l) | 07/24/13 | M | | |
| 36. | | | | | Buy (add'l) | 08/15/13 | M | | |
| 37. | | | | | Sold (part) | 02/07/13 | L | A | |
| 38. Capstead Mtg Corp Com No Par | C | Dividend | K | T | Sold (part) | 06/28/13 | J | A | |
| 39. | | | | | Sold (part) | 07/19/13 | J | A | |
| 40. | | | | | Sold (part) | 07/24/13 | J | A | |
| 41. MFA Mortgage Investments Inc. (MFA Financial Inc) | D | Dividend | K | T | Buy (add'l) | 11/18/13 | J | | |
| 42. | | | | | Sold (part) | 07/12/13 | J | A | |
| 43. | | | | | Sold (part) | 07/24/13 | J | A | |
| 44. Hatteras Financial Corp | C | Dividend | | | Sold (part) | 05/28/13 | J | A | |
| 45. | | | | | Sold (part) | 06/28/13 | J | A | |
| 46. | | | | | Sold (part) | 07/16/13 | J | A | |
| 47. | | | | | Sold | 07/24/13 | K | A | |
| 48. Putnam Managed Municipal Income Trust-SBI | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 49. Putnam Municipal Opportunities Trust-SBI | B | Dividend | K | T | Buy (add'l) | 05/01/13 | J | | |
| 50. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 51. | | | | | Sold (part) | 01/04/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | D | Dividend | M | T | Buy (add'l) | 11/18/13 | K | | |
| 53. | | | | | Sold (part) | 02/26/13 | J | A | |
| 54. | | | | | Sold (part) | 04/11/13 | J | A | |
| 55. | | | | | Sold (part) | 05/01/13 | J | A | |
| 56. | | | | | Sold (part) | 06/28/13 | K | C | |
| 57. | | | | | Sold (part) | 07/02/13 | J | A | |
| 58. | | | | | Sold (part) | 07/31/13 | J | A | |
| 59. | | | | | Sold (part) | 08/16/13 | J | A | |
| 60. Ishares Barclays Intermediate Credit Bond Fund | D | Dividend | N | T | Buy (add'l) | 02/07/13 | J | | |
| 61. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 62. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 63. | | | | | Sold (part) | 02/07/13 | J | A | |
| 64. | | | | | Sold (part) | 05/02/13 | J | A | |
| 65. | | | | | Sold (part) | 11/22/13 | J | A | |
| 66. Ishares Barclays MBS Bond Fund ETF | A | Dividend | K | T | Sold (part) | 02/07/13 | K | A | |
| 67. | | | | | Sold (part) | 05/01/13 | J | A | |
| 68. | | | | | Sold (part) | 06/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/16/13 | J | A | |
| 70. Ishares Barclays 1-3 YR Credit Bond Fund ETF | B | Dividend | N | T | Buy (add'l) | 08/15/13 | K | | |
| 71. | | | | | Sold (part) | 02/07/13 | J | A | |
| 72. Annaly Capital Management Inc. | D | Dividend | | | Buy (add'l) | 02/07/13 | K | | |
| 73. | | | | | Sold (part) | 06/28/13 | K | A | |
| 74. | | | | | Sold | 07/24/13 | J | A | |
| 75. Linn Energy LLC | C | Distribution | K | T | Sold (part) | 07/02/13 | J | A | |
| 76. | | | | | Sold (part) | 07/12/13 | J | A | |
| 77. Copano Energy LLC | B | Distribution | | | Merged (with line 6) | 05/02/13 | J | | |
| 78. Ishares Trust Barclays Credit Bond Fund ETF | D | Dividend | M | T | Buy (add'l) | 02/07/13 | K | | |
| 79. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 80. | | | | | Sold (part) | 02/07/13 | K | A | |
| 81. | | | | | Sold (part) | 02/26/13 | J | A | |
| 82. | | | | | Sold (part) | 05/01/13 | J | A | |
| 83. | | | | | Sold (part) | 06/28/13 | K | A | |
| 84. | | | | | Sold (part) | 07/12/13 | J | A | |
| 85. | | | | | Sold (part) | 11/18/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/22/13 | J | A | |
| 87. | | | | | Sold (part) | 12/06/13 | J | A | |
| 88.   Ameren Corp | B | Dividend | L | T | Sold (part) | 03/22/13 | J | A | |
| 89.   Cenovus Energy Inc | A | Dividend | K | T | Sold (part) | 05/01/13 | J | A | |
| 90. | | | | | Sold (part) | 07/27/13 | J | A | |
| 91.   Abbott Laboratories | A | Dividend | K | T | Buy (add'l) | 02/07/13 | K | | |
| 92. | | | | | Sold (part) | 07/24/13 | J | A | |
| 93.   Enterprise Products Partners LP | C | Distribution | L | T | Sold (part) | 02/07/13 | J | A | |
| 94. | | | | | Sold (part) | 04/11/13 | J | A | |
| 95. | | | | | Sold (part) | 05/02/13 | J | A | |
| 96. | | | | | Sold (part) | 06/28/13 | J | A | |
| 97. | | | | | Sold (part) | 07/24/13 | J | A | |
| 98.   Blackrock Income Trust Inc | D | Dividend | L | T | Sold (part) | 02/07/13 | J | A | |
| 99. | | | | | Sold (part) | 02/26/13 | K | B | |
| 100. | | | | | Sold (part) | 03/05/13 | J | A | |
| 101. | | | | | Sold (part) | 04/11/13 | J | A | |
| 102. | | | | | Sold (part) | 05/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 05/28/13 | J | A | |
| 104. | | | | | Sold (part) | 06/28/13 | J | A | |
| 105. | | | | | Sold (part) | 07/03/13 | J | A | |
| 106. | | | | | Sold (part) | 07/24/13 | K | A | |
| 107.  Gabelli Dividend & Income Fund | D | Dividend | M | T | Buy (add'l) | 02/07/13 | J | | |
| 108. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 109. | | | | | Sold (part) | 07/12/13 | J | A | |
| 110. | | | | | Sold (part) | 07/24/13 | J | C | |
| 111. | | | | | Sold (part) | 07/31/13 | J | A | |
| 112. | | | | | Sold (part) | 11/22/13 | J | A | |
| 113.  Ishares Trust Barclays 1-3 Yr Credit Bond Fund ETF | B | Dividend | M | T | Buy (add'l) | 02/26/13 | J | | |
| 114. | | | | | Buy (add'l) | 08/16/13 | K | | |
| 115. | | | | | Sold (part) | 03/25/13 | J | A | |
| 116. | | | | | Sold (part) | 06/25/13 | J | A | |
| 117. | | | | | Sold (part) | 10/25/13 | J | A | |
| 118. | | | | | Sold (part) | 11/22/13 | J | A | |
| 119.  H J Heinz Co | A | Dividend | | | Sold (part) | 02/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/20/13 | J | A | |
| 121. | | | | | Sold (part) | 04/11/13 | J | A | |
| 122. | | | | | Sold (part) | 05/21/13 | J | A | |
| 123. | | | | | Sold | 06/10/13 | K | D | |
| 124. Eli Lilly & Co | B | Dividend | K | T | Buy (add'l) | 05/28/13 | J | | |
| 125. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 126. | | | | | Sold (part) | 03/25/13 | J | A | |
| 127. Statoil Asa Sponsored ADR | B | Dividend | K | T | Buy (add'l) | 04/11/13 | J | | |
| 128. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 129. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 130. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 131. | | | | | Sold (part) | 09/24/13 | J | A | |
| 132. | | | | | Sold (part) | 10/25/13 | J | A | |
| 133. Windstream Corp | C | Dividend | K | T | Buy (add'l) | 02/20/13 | J | | |
| 134. | | | | | Sold (part) | 02/07/13 | J | A | |
| 135. | | | | | Sold (part) | 06/28/13 | J | A | |
| 136. | | | | | Sold (part) | 07/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/012014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Schwab CA Muni Money Fund Cash Money Market Fund | | None | J | T | | | | | |
| 138. Western Asset Emerging Mkts Income Fd Inc | C | Dividend | K | T | Sold (part) | 01/18/13 | J | B | |
| 139. | | | | | Sold (part) | 02/07/13 | J | A | |
| 140. | | | | | Sold (part) | 02/26/13 | J | A | |
| 141. | | | | | Sold (part) | 02/14/13 | J | A | |
| 142. | | | | | Sold (part) | 02/26/13 | J | A | |
| 143. | | | | | Sold (part) | 03/25/13 | J | A | |
| 144. | | | | | Sold (part) | 05/01/13 | K | C | |
| 145. | | | | | Sold (part) | 05/28/13 | J | A | |
| 146. | | | | | Sold (part) | 07/12/13 | J | A | |
| 147. | | | | | Sold (part) | 07/24/13 | J | A | |
| 148. RBC Prime Money Market Cash Reserve | A | Dividend | L | T | | | | | |
| 149. H & Q Healthcare Investors SBI | B | Dividend | K | T | Sold (part) | 01/30/13 | J | B | |
| 150. | | | | | Sold (part) | 02/06/13 | J | C | |
| 151. | | | | | Sold (part) | 02/26/13 | J | B | |
| 152. | | | | | Sold (part) | 04/30/13 | J | D | |
| 153. | | | | | Sold (part) | 05/28/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 07/02/13 | J | C | |
| 155. | | | | | Sold (part) | 07/12/13 | J | B | |
| 156. Ishares TR 2013 S&P AMT Free Municipal Ser FD | A | Dividend | | | Sold | 08/21/13 | K | A | |
| 157. Ishares TR 2014 S&P AMT Free Municipal Ser FD | A | Dividend | K | T | | | | | |
| 158. Managed Duration Invt Grade Mun FD | A | Dividend | J | T | | | | | |
| 159. Ishares TR S&P Short Term Natl Amtfr | A | Dividend | J | T | | | | | |
| 160. Textron Inc | A | Dividend | K | T | Buy (add'l) | 05/01/13 | J | | |
| 161. Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | D | Dividend | N | T | Buy (add'l) | 02/07/13 | K | | |
| 162. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 163. | | | | | Sold (part) | 05/02/13 | K | A | |
| 164. | | | | | Sold (part) | 07/24/13 | K | A | |
| 165. BlackRock Credit Allocation | D | Dividend | M | T | Buy (add'l) | 02/07/13 | J | | |
| 166. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 167. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 168. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 169. | | | | | Sold (part) | 02/07/13 | J | A | |
| 170. | | | | | Sold (part) | 02/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 07/12/13 | J | A | |
| 172. | | | | | Sold (part) | 07/24/13 | J | A | |
| 173. | | | | | Sold (part) | 07/31/13 | J | A | |
| 174. Ishares Trust S&P Global Info Technology Sector Index Fund | B | Dividend | M | T | Buy (add'l) | 02/07/13 | J | | |
| 175. | | | | | Buy (add'l) | 03/05/13 | K | | |
| 176. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 177. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 178. | | | | | Sold (part) | 06/25/13 | J | A | |
| 179. Calamos Global Dynamic Income Fund | D | Dividend | L | T | Buy (add'l) | 02/07/13 | J | | |
| 180. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 181. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 182. | | | | | Sold (part) | 06/25/13 | J | A | |
| 183. | | | | | Sold (part) | 07/24/13 | J | A | |
| 184. | | | | | Sold (part) | 07/31/13 | J | A | |
| 185. Corning Inc | A | Dividend | K | T | Buy | 09/11/13 | J | | |
| 186. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 187. | | | | | Buy (add'l) | 11/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Templeton Global Bond Fund Advisor CL | C | Dividend | M | T | | | | | |
| 189. AES Corp | A | Dividend | K | T | Buy (add'l) | 02/19/13 | J | | |
| 190. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 191. | | | | | Sold (part) | 06/28/13 | J | A | |
| 192. Koninklijke Philips Electrs N V Sponsored ADR New 2000 | B | Dividend | L | T | Buy (add'l) | 04/11/13 | J | | |
| 193. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 194. | | | | | Sold (part) | 02/07/13 | J | C | |
| 195. | | | | | Sold (part) | 06/25/13 | J | A | |
| 196. | | | | | Sold (part) | 07/24/13 | J | C | |
| 197. | | | | | Sold (part) | 07/30/13 | J | A | |
| 198. | | | | | Sold (part) | 08/16/13 | J | A | |
| 199. | | | | | Sold (part) | 10/25/13 | J | A | |
| 200. Columbia Fds Ser TR IX Tax Exempt FD CL A | B | Dividend | K | T | Buy (add'l) | 05/01/13 | J | | |
| 201. | | | | | Sold (part) | 07/24/13 | J | A | |
| 202. Ishares TR 2015 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | | | | | |
| 203. Ishares TR 2016 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | | | | | |
| 204. Ishares TR 2017 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Gabelli Healthcare & Wellness Trust | B | Dividend | L | T | Sold (part) | 05/28/13 | J | A | |
| 206. | | | | | Sold (part) | 07/03/13 | J | A | |
| 207. | | | | | Sold (part) | 07/09/13 | J | A | |
| 208. BlackRock Strategic Equity Dividend Trust | A | Dividend | J | T | Buy (add'l) | 02/07/13 | J | | |
| 209. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 210. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 211. | | | | | Sold (part) | 06/25/13 | J | A | |
| 212. BlackRock Equity Dividend Trust | C | Dividend | L | T | Buy (add'l) | 02/07/13 | J | | |
| 213. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 214. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 215. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 216. | | | | | Sold (part) | 06/25/13 | J | A | |
| 217. Centerpoint Energy Inc. | A | Dividend | J | T | Buy (add'l) | 02/07/13 | J | | |
| 218. | | | | | Sold (part) | 04/11/13 | J | A | |
| 219. American Electric Power Co Inc | A | Dividend | J | T | Buy (add'l) | 10/02/13 | J | | |
| 220. | | | | | Sold (part) | 06/25/13 | J | A | |
| 221. Ishares TR Dow Jones EPAC Select Dividend | B | Dividend | K | T | Buy (add'l) | 02/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Public Service Enterprise Group Inc | | None | | | Sold | 02/07/13 | J | A | |
| 223. Targa Resources Partners LP Unit Ltd Partnership Int | A | Distribution | J | T | Sold (part) | 02/07/13 | J | A | |
| 224. | | | | | Sold (part) | 04/11/13 | J | A | |
| 225. | | | | | Sold (part) | 06/25/13 | J | A | |
| 226. | | | | | Sold (part) | 07/02/13 | J | A | |
| 227. Invesco Mortgage Capital Inc | B | Dividend | | | Buy (add'l) | 04/11/13 | J | | |
| 228. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 229. | | | | | Sold | 07/30/13 | J | A | |
| 230. Pimco ETF TR Enhanced Short Maturity | C | Dividend | N | T | Buy (add'l) | 02/26/13 | L | | |
| 231. | | | | | Buy (add'l) | 05/02/13 | M | | |
| 232. | | | | | Buy (add'l) | 07/30/13 | J | | |
| 233. | | | | | Buy (add'l) | 07/31/13 | L | | |
| 234. | | | | | Buy (add'l) | 08/01/13 | K | | |
| 235. | | | | | Sold (part) | 02/07/13 | J | A | |
| 236. | | | | | Sold (part) | 02/26/13 | K | A | |
| 237. | | | | | Sold (part) | 04/11/13 | K | A | |
| 238. | | | | | Sold (part) | 10/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 11/22/13 | K | A | |
| 240. | | | | | Sold (part) | 12/19/13 | K | A | |
| 241. | | | | | Sold (part) | 12/31/13 | K | A | |
| 242. Southern Co | A | Dividend | J | T | Buy (add'l) | 02/26/13 | J | | |
| 243. | | | | | Sold (part) | 02/12/13 | J | A | |
| 244. ConocoPhillips | | None | | | Buy | 11/21/13 | J | | |
| 245. | | | | | Sold | 12/18/13 | J | A | |
| 246. Ishares TR Dow Jones SEL Divid Index FD | A | Dividend | K | T | | | | | |
| 247. Apollo Residential Mortgage Inc | B | Dividend | | | Sold | 07/31/13 | J | A | |
| 248. American Capital Mortgage Investment Corp | A | Dividend | J | T | Buy (add'l) | 11/18/13 | J | | |
| 249. FirstEnergy Corp | A | Dividend | | | Buy (add'l) | 03/22/13 | J | | |
| 250. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 251. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 252. | | | | | Sold (part) | 03/22/13 | J | A | |
| 253. | | | | | Sold (part) | 05/28/13 | J | A | |
| 254. | | | | | Sold (part) | 07/12/13 | J | A | |
| 255. | | | | | Sold | 11/18/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Sempra Energy | A | Dividend | K | T | Buy (add'l) | 06/25/13 | J | | |
| 257.  Anworth Mortgage Asset Corp | C | Dividend | | | Buy (add'l) | 02/07/13 | K | | |
| 258. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 259. | | | | | Sold (part) | 06/25/13 | J | A | |
| 260. | | | | | Sold (part) | 06/28/13 | J | A | |
| 261. | | | | | Sold (part) | 07/10/13 | J | A | |
| 262. | | | | | Sold (part) | 07/11/13 | J | A | |
| 263. | | | | | Sold | 07/24/13 | K | A | |
| 264.  Western Asset/Claymore Inflation LKD Opp & Inc Fund | A | Dividend | | | Buy (add'l) | 02/07/13 | J | | |
| 265. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 266. | | | | | Buy (add'l) | 04/12/13 | J | | |
| 267. | | | | | Sold (part) | 07/30/13 | J | A | |
| 268. | | | | | Sold (part) | 08/06/13 | J | A | |
| 269. | | | | | Sold (part) | 08/16/13 | J | A | |
| 270. | | | | | Sold | 08/27/13 | J | A | |
| 271.  Ishares TR JPMorgan USD Emerging Markets BD FD ETF | D | Dividend | | | Buy (add'l) | 02/07/13 | K | | |
| 272. | | | | | Buy (add'l) | 02/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 274. | | | | | Buy (add'l) | 04/12/13 | J | | |
| 275. | | | | | Sold (part) | 07/02/13 | J | A | |
| 276. | | | | | Sold (part) | 07/03/13 | K | A | |
| 277. | | | | | Sold (part) | 07/11/13 | L | A | |
| 278. | | | | | Sold (part) | 07/16/13 | K | A | |
| 279. | | | | | Sold (part) | 07/24/13 | K | A | |
| 280. | | | | | Sold | 07/30/13 | J | A | |
| 281. Frontier Communications Corp | D | Dividend | L | T | Buy (add'l) | 02/07/13 | J | | |
| 282. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 283. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 284. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 285. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 286. | | | | | Buy (add'l) | 07/30/13 | J | | |
| 287. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 288. | | | | | Sold (part) | 02/07/13 | J | A | |
| 289. | | | | | Sold (part) | 04/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Sold (part) | 05/21/13 | J | A | |
| 291. | | | | | Sold (part) | 06/25/13 | J | A | |
| 292. | | | | | Sold (part) | 07/12/13 | J | A | |
| 293. | | | | | Sold (part) | 07/24/13 | J | A | |
| 294. | | | | | Sold (part) | 07/30/13 | J | A | |
| 295. | | | | | Sold (part) | 08/15/13 | J | A | |
| 296. | | | | | Sold (part) | 11/22/13 | J | A | |
| 297. Eaton Vance Risk Managed Global Diversified Equity Income | B | Dividend | K | T | Buy (add'l) | 02/12/13 | J | | |
| 298. | | | | | Sold (part) | 07/31/13 | J | A | |
| 299. Eaton Vance Tax Managed Global Diversified Equity Income | C | Dividend | K | T | Sold (part) | 05/01/13 | J | A | |
| 300. EMC Corp-Mass | A | Dividend | K | T | Buy (add'l) | 02/28/13 | J | | |
| 301. | | | | | Buy (add'l) | 11/20/13 | K | | |
| 302. | | | | | Sold (part) | 05/28/13 | J | A | |
| 303. | | | | | Sold (part) | 11/18/13 | K | A | |
| 304. Hollyfrontier Corporation | A | Dividend | J | T | Buy (add'l) | 05/28/13 | J | | |
| 305. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 306. | | | | | Sold (part) | 02/12/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/012014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 03/04/13 | J | A | |
| 308. | | | | | Sold (part) | 04/04/13 | J | B | |
| 309. | | | | | Sold (part) | 07/12/13 | J | A | |
| 310.  Intel Corp | A | Dividend | K | T | Buy | 02/26/13 | J | | |
| 311. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 312. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 313. | | | | | Sold (part) | 06/25/13 | J | A | |
| 314.  Ford Motor Co. | A | Dividend | K | T | Buy | 09/11/13 | K | | |
| 315. | | | | | Sold (part) | 10/25/13 | J | B | |
| 316.  Companhia Energetica DE Minas Gerais | | None | | | Buy | 05/02/13 | K | | |
| 317. | | | | | Sold | 07/02/13 | K | A | |
| 318.  Abbvie Inc. (Spinoff of Abbott Laboratories) | A | Dividend | K | T | Spinoff (from line 91) | 01/02/13 | J | | |
| 319. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 320. | | | | | Sold (part) | 02/07/13 | J | A | |
| 321.  Merck & Co. Inc. | B | Dividend | L | T | Buy | 02/07/13 | K | | |
| 322. | | | | | Buy (add'l) | 03/05/13 | K | | |
| 323. | | | | | Sold (part) | 02/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Air Lease Corporation | B | Dividend | K | T | Buy | 01/23/13 | J | | |
| 325. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 326. Eaton Vance California Municipal Bond Fund | | None | K | T | Buy | 12/31/13 | K | | |
| 327. Ishares 2018 AMT Free Muni Term ETF | A | Dividend | K | T | Buy | 05/01/13 | K | | |
| 328. Conagra Foods Inc. | A | Dividend | K | T | Buy | 09/24/13 | J | | |
| 329. | | | | | Buy (add'l) | 11/18/13 | K | | |
| 330. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 331. Discover Financial Services | A | Dividend | J | T | Buy | 10/25/13 | J | | |
| 332. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 333. Fidelity MSCI Consumer Discretionary Index ETF | A | Dividend | K | T | Buy | 11/22/13 | J | | |
| 334. Fidelity MSCI Industrials Index ETF | A | Dividend | K | T | Buy | 11/22/13 | K | | |
| 335. Ishares Core S&P Total US Stock Market ETF | A | Dividend | K | T | Buy | 09/18/13 | K | | |
| 336. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 337. Chevron Corporation | A | Dividend | | | Buy | 10/25/13 | J | | |
| 338. | | | | | Sold (part) | 10/25/13 | J | A | |
| 339. | | | | | Sold | 11/20/13 | J | A | |
| 340. Citigroup Inc Com | | None | | | Buy | 08/16/13 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 342. | | | | | Sold | 09/26/13 | J | A | |
| 343. Nuveen Diversified Currency Opportunities Fund | A | Dividend | | | Buy | 04/11/13 | J | | |
| 344. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 345. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 346. | | | | | Sold (part) | 06/25/13 | J | A | |
| 347. | | | | | Sold (part) | 07/30/13 | J | A | |
| 348. | | | | | Sold (part) | 08/06/13 | J | A | |
| 349. | | | | | Sold (part) | 08/16/13 | J | A | |
| 350. | | | | | Sold | 08/27/13 | J | A | |
| 351. Neuberger Berman Real Estate Securities Income Fund | A | Dividend | | | Buy | 03/05/13 | K | | |
| 352. | | | | | Sold | 07/12/13 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/012014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/01/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Milan D. Smith, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544